**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JAMES WELDON KING                                                                                         PLAINTIFF

v.                                              NO.  4:15CV00112

SHERRA SPURGERS KING,
BARRY WAYNE SPURGERS,
GERALD WAYNE SPURGERS,
ELIZABETH ANN SPURGERS,
CARRIE B. LAND, and WARD SEAL                                                              DEFENDANTS

## ORDER OF TRANSFER

The above styled case was randomly assigned to the docket of United States District Judge J. Leon Holmes on February 26, 2015.  Judge Holmes is recusing due to his relationship with some of the defendants.  The Court directs the Clerk to assign this action to another judge.

Dated this 2nd day of March, 2015.

                                                                    AT THE DIRECTION OF THE COURT
                                                                    JAMES W. McCORMACK, CLERK

                                                                    BY: /s/ Cory Wilkins
                                                                           Courtroom Deputy to
                                                                           U.S. District Judge J. Leon Holmes