## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JAMES WELDON KING                                                                                         PLAINTIFF

v. NO. 4:15-cv-00112 JM

SHERRA SPURGERS KING,
BARRY WAYNE SPURGERS,                                                                         DEFENDANTS
ELIZABETH ANN SPURGERS,
and UNITED STATES OF AMERICA

### ORDER

The Court has received findings and a recommendation from United States Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion for summary judgment filed by defendants Sherra Spurgers King, Barry Wayne Spurgers, and Elizabeth Ann Spurgers is granted. See Document 21. The claims against them are dismissed with prejudice. The claims made by plaintiff James Weldon King against defendant United States of America, though, are dismissed without prejudice. Judgment will be entered for all of the defendants pursuant to these terms.

IT IS SO ORDERED this 16th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE